United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTAMERICA BANK, | No. C-12-2591 MMC |
| Appellant, | **ORDER OF RECUSAL** |
| v. | |
| MENDOCINO COAST RECREATION AND PARK DISTRICT, | |
| Appellee. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: May 30, 2012

MAXINE M. CHESNEY
United States District Judge