JEFFER MANGELS BUTLER &
  MITCHELL LLP
NICOLAS DE LANCIE, ESQ. (Bar. No. 84934)
  (nde@jmbm.com)
JOSEPH N. DEMKO, ESQ. (Bar No. 113104)
  (jnd@jmbm.com)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Appellant WESTAMERICA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OR OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 11-14625 AJ |
| MENDOCINO COAST RECREATION AND PARK DISTRICT, | Chapter 9 |
| Debtor. | |
| WESTAMERICA BANK, | Appeal No. CV 12-02591 CW Appeal |
| Appellant, | from the United States Bankruptcy Court for the Northern District of California, Santa Rosa Division |
| vs. | |
| MENDOCINO COAST RECREATION AND PARK DISTRICT, | |
| Appellee. | |

**ORDER GRANTING
MOTION FOR LEAVE TO APPEAL
PURSUANT TO FED. R. BANKR. PROC. 8001 AND 8003**

1  The *Motion for Leave to Appeal Pursuant to Fed. R. Bankr. Proc. 8001 and 8003* (the **"Motion"**) filed by appellant WESTAMERICA BANK (the **"Appellant"**) in the bankruptcy case below having been served on counsel for appellee MENDOCINO COAST RECREATION AND PARK DISTRICT (the **"Appellee"**); proof of that service having been filed in the bankruptcy case below in accordance with Fed. R. Bankr. Proc. 8008(d); the time within which an answer of the Appellee in opposition to the Motion could timely be filed in the bankruptcy case below pursuant to Fed. R. Bankr. Proc. 8003(a) having expired without such an answer then or thereafter having been filed; the Motion having been transmitted to this Court by the clerk of the bankruptcy court below pursuant to Fed. R. Bankr. Proc. 8003(b) and submitted and considered by this Court without oral argument as contemplated by that rule; and good cause appearing,

**IT IS ORDERED** that the Motion is GRANTED and the within appeal shall proceed in accordance with Part VIII of the Fed. R. Bankr. Proc.

Dated: October 9, 2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE