UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST RECREATION AND PARK DISTRICT,<br><br>　　　Debtor.<br><br>WESTAMERICA BANK,<br><br>　　　Appellant,<br><br>　v.<br><br>MENDOCINO COAST RECREATION AND PARK DISTRICT,<br><br>　　　Appellee. | Case No.  12-cv-02591-JST<br><br>**ORDER GRANTING STIPULATION EXTENDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 11. |

　　Before the Court is the parties' Stipulation for Extension of Briefing Schedule, filed February 15, 2013. Dkt. No. 11. Pursuant to the Clerk's Notice of Briefing, Appellant was under court order to file an opening brief on the same date. Dkt. No. 9. Nonetheless, the stipulated request is granted. Pursuant to Rule 8010-1 of the Bankruptcy Local Rules, the Court sets March 29, 2013 as the new deadline for filing and serving the Appellant's opening brief.

/ / /

/ / /

/ / /

/ / /

/ / /

1    The court discourages the parties from waiting until the last minute to seek relief from
2 court deadlines in the future.
3    **IT IS SO ORDERED**.
4 Dated: February 25, 2013

_____
Jon S. Tigar
United States District Judge