United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST RECREATION AND PARK DISTRICT, et al.,<br><br>　　　　Debtor,<br><br>　<br><br>WESTAMERICA BANK,<br><br>　　　　Appellant,<br><br>　v.<br><br>MENDOCINO COAST RECREATION AND PARK DISTRICT,<br><br>　　　　Appellee. | Case No.  12-cv-02591-JST<br><br>**ORDER RE: FAILURE TO COMPLY WITH REASSIGNMENT ORDER AND SETTING CASE MANAGEMENT CONFERENCE** |

　　　By order of this Court dated February 12, 2013, the parties were required to submit a joint case management statement within fifteen days of the reassignment of the above-captioned action to this Court. Dkt. No. 10. The parties failed to comply with that Order. The parties are advised that further violations of orders of this Court may result in monetary or other sanctions.

　　　The parties are hereby ordered to appear, in person, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(c), for a case management conference to be held in this action before the Honorable Jon S. Tigar on May 29, 2013, at 2:00 P.M. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. Each party shall appear personally or by counsel having authority to enter into stipulations and make admissions pursuant to this Order.

1  Written requests to reschedule the case management conference or to appear telephonically will be
2  granted sparingly and only upon a showing of extraordinary circumstances.
3      The parties shall file a joint case management statement no later than five court days from
4  the date of this Order.  The statement shall explain the parties' failure to comply with the
5  reassignment order and address all of the topics contained in the Standing Order for All Judges of
6  the Northern District of California: Contents of Joint Case Management Statement, which is
7  available at cand.uscourts.gov/jstorders.
8  **IT IS SO ORDERED.**
9  Dated: March 14, 2013

_____
Jon S. Tigar
United States District Judge